JANUARY 4, 1984

No. 83–704. FRANKLIN COMPUTER CORP. *v.* APPLE COMPUTER, INC. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.

JANUARY 6, 1984

No. 82–2042. WESTINGHOUSE ELECTRIC CORP. *v.* VAUGHN ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 913.] Writ of certiorari dismissed as to respondent Marion Gee under this Court's Rule 53.

JANUARY 9, 1984

No. 83–524. WYNMOOR LIMITED PARTNERSHIP ET AL. *v.* CO-CONUT CREEK CABLE T.V., INC., ET AL. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of substantial federal question.

No. 83–694. GONZALEZ *v.* COMMISSION ON JUDICIAL PERFORMANCE OF CALIFORNIA (CALIFORNIA ET AL., REAL PARTIES IN INTEREST). Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 83–715. RIO VISTA NON-PROFIT HOUSING CORP. *v.* COUNTY OF RAMSEY. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.